## FRANK WALLACE V. THE STATE.

1. Enactments of the Legislatures of this State, while it adhered to the so-called Confederate States, are entitled to respect and enforcement, when they were not in violation of the Constitution or laws of the United States, but were intended solely to promote the good order and well being of society—as, for instance, the act of December 16, 1863, increasing the penalties on keeping gaming tables, etc. (Paschal's Digest, Article 2047, *et seq.*)

2. Arguments to show that a fine imposed by a statute is unconscionable in amount should be addressed to the Legislature. They cannot be considered by the courts.

APPEAL from the Criminal Court of the city of San Antonio. Tried below before the Hon. V. P. Van Antwerp.

The fine assessed against the appellant was five hundred dollars.

No brief for the appellant.

*E. B. Turner*, Attorney General, for the State.

WALKER, J.—This was a conviction under an act of the Confederate Legislature, the passage of which may be set down to the credit of that body.

This court, with many high and respectable tribunals, has held all such acts, not in violation of the laws and the Constitution of the United States, but intended solely to promote the good order

and well being of society, to be entitled to respect and enforcement. It repeals a former law of the State. It is claimed that it imposes an unconscionable fine. This is matter to be addressed to the Legislature, not to the courts.

Such fines could be discharged, when the law was passed and took effect, in Confederate money, which was of little or no value, it is said—and a man could afford to pay in a large sum for the privilege of keeping a gambling table. We think it a good thing if the price of such a license has materially advanced.

The charge refused by the court was properly refused, and the law correctly given.

The judgment is affirmed and cause remanded.

Affirmed.